UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-mj-1076-RJ

UNITED STATES OF AMERICA

v.

ZACHARY CHARLES NEWELL

**MOTION TO WITHDRAW AS COUNSEL
OF RECORD**

The Office of the Federal Public Defender hereby respectfully moves the Court for an order allowing it to withdraw as counsel of record for Zachary Charles Newell. The grounds for this motion are that Mr. Newell retained J. Merritt Wagoner, who filed his Notice of Appearance on September 4, 2025. [DE-11].

WHEREFORE, the Office of the Federal Public Defender respectfully moves the Court for an order allowing it to withdraw as counsel for Zachary Charles Newell.

Respectfully submitted this 4th day of September, 2025.

G. ALAN DuBOIS
Federal Public Defender

/s/ David W. Venable
DAVID W. VENABLE
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: David_Venable@fd.org
N.C. State Bar No. 23307
LR 57.1 Counsel Appointed

1

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Assistant United States Attorney
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on September 4, 2025, using the CM/ECF system which will send notification of such filing to the above.

        This the 4th day of September, 2025.

                    /s/ David W. Venable
                    DAVID W. VENABLE
                    Assistant Federal Public Defender
                    Attorney for Defendant
                    Office of the Federal Public Defender
                    150 Fayetteville Street, Suite 450
                    Raleigh, North Carolina 27601
                    Telephone: 919-856-4236
                    Fax: 919-856-4477
                    E-mail: David_Venable@fd.org
                    N.C. State Bar No. 23307
                    LR 57.1 Counsel Appointed